## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEIKA DUMOND, on behalf of herself and all others similarly situated, | No. 2:19-cv-14723-MCA-LDW |
| Plaintiff, | **NOTICE OF MOTION OF DEFENDANTS MERCEDES-BENZ USA, LLC AND DAIMLER AG TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; DAIMLER AG, a foreign corporation, | **MOTION DAY:  November 18, 2019** |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

TO:

Mitchell M. Breit
Simmons Hanly Conroy LLC
112 Madison Avenue
New York, New York 10016-7416
T: (212) 784-6400
mbreit@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
Greg Coleman Law PC
800 Gay Street, Ste 1100
Knoxville, Tennessee 37929
T: (865) 247-0080
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
mark@gregcolemanlaw.com

*Attorneys for Plaintiffs*

COUNSEL:

PLEASE TAKE NOTICE that on November 18, 2019, the undersigned Defendants shall apply before the Honorable Madeline Arleo, United States District Judge, United States District Court for the District of New Jersey at United States District Court, M.L. King Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, dismissing with prejudice the Class Action Complaint for failing to state a claim for which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).

PLEASE TAKE FURTHER NOTICE that in support of this application, Defendants shall rely upon Mercedes-Benz USA, LLC and Daimler AG's Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint, Declaration of Eric F. Gladbach, and exhibits, as well as all of the pleadings herein.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 7.1(e), proposed forms of the Orders are submitted herewith.

Dated: October 18, 2019

/s/ Eric F. Gladbach
Eric F. Gladbach
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036

Phone: (212) 556-2206
Fax: (212) 556-2222
egladbach@kslaw.com

Stephen B. Devereaux (*pro hac vice*)
Madison H. Kitchens (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
sdevereaux@kslaw.com
mkitchens@kslaw.com

**ATTORNEYS FOR DEFENDANTS MERCEDES-BENZ USA, LLC AND DAIMLER AG**