Mitchell M. Breit, Esq.
SIMMONS HANLY CONROY
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
mbreit@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com

*Attorneys for Plaintiff*
*LEIKA DUMOND*

Eric F. Gladbach, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 205-2206
Fax: (212) 205-2222

Stephen B. Devereaux, Esq. (*pro hac vice*)
Madison H. Kitchens, Esq. (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Tel: (404) 572-4735
Fax: (404) 572-5100

*Attorneys for Defendants*
*MERCEDES-BENZ USA, LLC and*
*DAIMLER AG*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEIKA DUMOND on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, DAIMLER AG, a foreign corporation,<br><br>                      Defendants. | CIVIL ACTION NO. 2:19-cv-14723-MCA-LDW<br><br>*Document electronically filed*<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Leika Dumond and Defendants Mercedes-Benz USA, LLC and Daimler AG (collectively, "the parties") hereby stipulate, by and through the parties' undersigned counsel, that Plaintiff's individual claims shall

be dismissed with prejudice, with each party to bear its own fees and costs. This stipulation shall be without prejudice to the claims of the putative class members.

DATED this 24th day of January, 2020.

| SIMMONS HANLY CONROY, LLC | KING & SPALDING LLP |
|---|---|
| By: /s/ Mitchell Mark Breit<br>Mitchell Mark Breit<br>Attorneys for Plaintiff | By: /s/ Eric Francis Gladbach<br>Eric Francis Gladbach<br>Attorneys for Defendant Mercedes-Benz USA, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Mitchell M. Breit

1/27/20  SO ORDERED

_____
Madeline Cox Arleo, U.S.D.J.